IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Sheri Johnson Singer, individually and for those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Statoil Oil & Gas LP, a Delaware limited partnership, formerly known as Brigham Oil & Gas, LP, | ) ) ) ) | |
| | ) | Case No. 4:13-cv-138 |
| Defendant. | ) | |

Before the court are motions for attorneys Jeff Ballew and William M. Katz, Jr. to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jeff Ballew and William M. Katz, Jr. have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 8 and 9 ) are **GRANTED**. Attorneys Jeff Ballew and William M. Katz, Jr. are admitted to practice before this court in the above-entitled action on defendant's behalf.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge